AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CENTURY COMMUNICATIONS OF FLORIDA, INC.
*Plaintiff*
v.
BRIGHT HOUSE NETWORKS, LLC
*Defendant, Third-party plaintiff*
v.
Edward Falcone
*Third-party defendant*

Civil Action No. 9:09-cv-81108-COHN/SELTZER

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Edward Falcone
C/O The Falcone Group, LLC, 1951 NW 19th Street, Suite 200, Boca Raton, FL 33431

A lawsuit has been filed against defendant Bright House Networks, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Century Communications, etc .

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amy S. Rubin/Elliot A. Hallak, Ruden, McClosky, Smith, Schuster & Russell, P.A.
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nathan E. Nason, Nason Yeager Gerson White & Lioce, PA
1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Steven M. Larimore

Date: AUG - 6 2008

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CENTURY COMMUNICATIONS OF FLORIDA, INC.
*Plaintiff*
v.
BRIGHT HOUSE NETWORKS, LLC
*Defendant, Third-party plaintiff*
v.
Robert J. Falcone, as Trustee of ...
*Third-party defendant*

Civil Action No. 9:09-cv-81108-COHN/SELTZER

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Robert J. Falcone, as Trustee of the Robert J. Falcone Revocable Living Trust, dated September 1, 1993, as amended by that certain First Amendment dated as of September 10, 1997, as amended by that certain First Amendment dated April 30, 2004
C/O The Falcone Group, LLC, 1951 NW 19th Street, Suite 200, Boca Raton, FL 33431

A lawsuit has been filed against defendant Bright House Networks, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Century Communications, etc.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amy S. Rubin/Elliot A. Hallak, Ruden, McClosky, Smith, Schuster & Russell, P.A.
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nathan E. Nason, Nason Yeager Gerson White & Lioce, PA
1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: AUG - 6 2008

Steven M. Larimore
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CENTURY COMMUNICATIONS OF FLORIDA, INC.
*Plaintiff*
v.
BRIGHT HOUSE NETWORKS, LLC
*Defendant, Third-party plaintiff*
v.
Arthur Falcone, as Trustee of the Arthur Falcone etc
*Third-party defendant*

Civil Action No. 9:09-cv-81108-COHN/SELTZER

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Arthur Falcone, as Trustee of the Arthur Falcone Amended and Restated Revocable Living Trust Agreement, dated November 4, 2005
C/O The Falcone Group, LLC, 1951 NW 19th Street, Suite 200, Boca Raton, FL 33431

A lawsuit has been filed against defendant Bright House Networks, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Century Communications, etc .

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amy S. Rubin/Elliot A. Hallak, Ruden, McClosky, Smith, Schuster & Russell, P.A.
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nathan E. Nason, Nason Yeager Gerson White & Lioce, PA
1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Steven M. Larimore
*CLERK OF COURT*

Date: AUG - 6 2009

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CENTURY COMMUNICATIONS OF FLORIDA, INC.
*Plaintiff*
v.
BRIGHT HOUSE NETWORKS, LLC
*Defendant, Third-party plaintiff*
v.
Neil Eisner
*Third-party defendant*

Civil Action No. 9:09-cv-81108-COHN/SELTZER

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Neil Eisner
C/O The Falcone Group, LLC, 1951 NW 19th Street, Suite 200, Boca Raton, FL 33431

A lawsuit has been filed against defendant Bright House Networks, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Century Communications, etc .

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Amy S. Rubin/Elliot A. Hallak, Ruden, McClosky, Smith, Schuster & Russell, P.A.
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathan E. Nason, Nason Yeager Gerson White & Lioce, PA
1645 Palm Beach Lakes Boulevard, Suite 1200, West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: AUG - 6 2008

Steven M. Larimore
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*