UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 9:09-cv-81108-COHN/SELTZER

CENTURY COMMUNICATIONS OF FLORIDA, INC.,
A Florida corporation, CENTURY DANIELS' LANDING,
LLC., a Florida limited liability company, CENTURY
FALCON PARC, LLC, a Florida limited liability company,
CENTURY FALCON PINES, LLC, a Florida limited liability
Company, CENTURY HAMMOCKS, LLC, a
Florida limited liability company, CENTURY
INDEPENDENCE, LLC, a Florida limited liability
Company, CENTURY LIVE OAK PRESERVE, LLC, a Florida
Limited liability company, CENTURY SAVANNAH PINES,
LLC, a Florida limited liability company, CENTURY
SAVANNAH LANDING, LLC, a Florida limited
Liability company and CENTURY VICTORIA PINES
LANDING, LLC, a Florida limited liability company,

      Plaintiffs;
v.

BRIGHT HOUSE NETWORKS, LLC,
a Delaware limited liability company,

      Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS BY ALL PARTIES**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, (1) Century Communications of Florida, Inc., (2) Century Daniels' Landing, LLC, (3) Century Falcon Parc, LLC, (4) Century Falcon Pines, LLC, (5) Century Hammocks, LLC, (6) Century Independence, LLC, (7) Century Live Oak Preserve, LLC, (8) Century Savannah Pines, LLC, (9) Century Savannah Landing, LLC, and (10) Century Victoria Pines Landing, LLC; Defendant, Bright House Networks, LLC; and Third-Party Defendants, (1) Arthur Falcone, as Trustee of the Arthur

WP1 338588v1 10/08/10

Falcone Amended and Restated Revocable Living Trust Agreement, dated November 4, 2005; (2) Robert J. Falcone, as Trustee of the Robert J. Falcone Revocable Living Trust, dated September 1, 1993, as amended by that certain First Amendment dated as of September 10, 1997, as amended by that certain First Amendment dated April 30, 2004; (3) Edward Falcone; and (4) Neil Eisner, by and through their undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal With Prejudice of any and all claims amongst and between all of the parties in this action with prejudice, all of the parties to bear their own attorneys' fees and costs incurred in this action.

Dated: October 13, 2010.

| | |
|---|---|
| FOX ROTHSCHILD LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>Telephone: (561) 835-9600<br>Facsimile: (561) 835-9602 | Nason, Yeager, Gerson, White & Lioce, P.A.<br>1645 Palm Beach Lakes Boulevard, Suite 1200<br>West Palm Beach, FL 33401<br>Telephone: (561) 686-3307<br>Facsimile: (561) 656-6547 |
| By: */s/ Elliot A. Hallak*<br>   Amy S. Rubin<br>   Florida Bar No. 476048<br>   *arubin@foxrothschild.com*<br>   Elliot A. Hallak<br>   Florida Bar No. 762742<br>   *ehallak@foxrothschild.com* | By: */s/ Nathan E. Nason*<br>   Nathan E. Nason, Esq.<br>   Florida Bar Number: 511218<br>   *nnason@nasonyeager.com*<br>   John D. Foster, Esq.<br>   Florida Bar Number: 518441<br>   *jfoster@nasonyeager.com* |
| *Attorneys for Bright House Networks, LLC* | *Attorneys for Plaintiffs and Third-Party Defendants* |