UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81108-CIV-COHN/SELTZER

CENTURY COMMUNICATIONS OF
FLORIDA, INC., et al.,

Plaintiffs,

vs.

BRIGHT HOUSE NETWORKS, LLC,
a Delaware limited liability company,

Defendant.
_____________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice of All Claims by All Parties [DE 41] ("Stipulation"). Having reviewed the Stipulation, the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that all claims in the above-captioned action are **DISMISSED with prejudice**, with all parties to bear their own costs and attorney's fees. All pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of October, 2010.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF